UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATURAL OFFSPRING ONE, a child under eighteen years of age, by his Natural Guardian Teresa Murphy,

                Plaintiff,

-against-

ORANGE COUNTY FAMILY COURT, et al.,

                Defendants.

25-CV-239 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    The Court has received and reviewed further filings from the Plaintiff which appear to seek a writ of mandamus from this Court and interpose various new claims, including "stalking" and "domestic terrorism." ECF Nos. 21–23. As already explained on several occasions, because the Court previously concluded it cannot exercise subject matter jurisdiction over the state proceeding (which appears to be a family law matter), and Murphy appealed that decision, jurisdiction no longer lies with this Court, and the case is CLOSED. Should Murphy still desire to file a new complaint, she cannot do so through this case: she must file an entirely new action. Accordingly, the Court will take no action with respect to ECF Nos. 21–23, and instructs Murphy to cease filing any further motions, appeals, or other papers in this action.

Dated: May 8, 2025
       New York, New York

                              SO ORDERED.

                              *Jessica Clarke*

                              JESSICA G. L. CLARKE
                              United States District Judge