# MANDATE

S.D.N.Y. – W.P.
7:25-cv-239
Clarke, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of July, two thousand twenty-five.

Present:
  Eunice C. Lee,
  Beth Robinson,
  Sarah A. L. Merriam,
    *Circuit Judges*.



Natural Offspring One, a child under eighteen years of age, by his natural guardian Teresa Murphy,

    *Plaintiff-Appellant*,

  v.    25-310

Orange County Family Court, Docket No. NN-1286/1287-24, et al.,

    *Defendants-Appellees*.

Appellant, proceeding *pro se*, has filed motions seeking, among other remedies, reversal of the District Court's order remanding the action to state court, a default judgment, declaratory and injunctive relief, damages, issuance of a writ of habeas corpus, and the immediate return of her children and restoration of her parental rights. The order Appellant appeals from is the District Court's order remanding the case to state court pursuant to 28 U.S.C. §1447(c) due to lack of subject matter jurisdiction and procedural defects in the notice of removal. Upon review, this Court has determined that it lacks jurisdiction over this appeal because "[a]n order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise" in these circumstances. 28 U.S.C. §1447(d); *see also Shapiro v. Logistec USA, Inc.*, 412 F.3d 307, 310–11 (2d Cir. 2005). Accordingly, upon due consideration, it is hereby ORDERED that the appeal is DISMISSED and Appellant's motions are DENIED as moot.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

MANDATE ISSUED ON 10/03/2025